**ODEL JOHNSON and wife EVELYN JOHNSON, v. ERNEST ROBINSON.**

18 So. (2nd) 477                                                     June Term, 1944
June 20, 1944                                                        Division B

*Jackson A. Cargill,* for appellants.
*Radebaugh & Whittle,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

**PHILIP G. BLANCK v. JENNIE BLANCK**

18 So. (2nd) 364                                                     June Term, 1944
June 20, 1944                                                        Special Division B

*Stanley S. Phillips,* for appellant.
*Abe Aronovitz,* for appellee.

PER CURIAM:

Affirmed.

TERRELL, BROWN, CHAPMAN and THOMAS, JJ., concur.

BUFORD, C. J., absent.